UNITED STATES DISTRICT COURT
CONNECITCUT

VERONICA DOWD

    Plaintiff,

V.                                                    CIVIL ACTION NO

MCCARTHY BURGESS AND WOLF, INC.

Defendant.                           August 6, 2015

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; and regulations issued thereunder; and the Connecticut Unfair Trade Practices ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in East Haven, CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA and has a principal place of business located at 26000 Cannon Rd, Bedford Heights, OH 44146.

6. Defendant communicated with plaintiff by telephone, on June 30, 2015 in connection with collection efforts with regard to plaintiff's disputed personal debt.

7. In the collection efforts, on June 30, 2015 the Defendant left a voicemail message and communicated "This is Veronica Montgomery from McCarthy

Burgess and Wolff, Inc. This is an attempt to collect a debt by a debt collector; any information obtained will be used for that purpose. Please call 1-855-832-8033, ext 4886. When calling back please use reference # 25218207"

8. In the collection efforts, on July 6, 2015 the Defendant left another voicemail message and communicated "This is Quinn Sally from McCarthy Burgess and Wolff, Inc. This is an attempt to collect a debt by a debt collector; any information obtained will be used for that purpose. Please call 1-888-817-1750 Ext 4808. When calling back please use references # 25218207."

9. Defendant violated the FDCPA, § 1692c by calling the home of the Plaintiff in connection with collecting a debt and left a voicemail message which was overheard by a third party not obligated to pay the debt.

10. Defendant has no procedure reasonably adapted to avoid such error and violation.

11. Defendant failed to mail a validation of debts clause notice to the Plaintiff pursuant to §1692g.

12. Defendant was not only mislead of her rights pursuant to the FDCPA but completely unaware of any rights.

13. In the collection efforts, the Defendant violated the FDCPA; inter alia, §1692c and e.

## SECOND COUNT

14. The allegations of the First Count are repeated and realleged as if fully set forth herein.

15. Within three years prior to the date of this action, Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. 42-110a et seq, including but not limited to making false, deceptive and misleading statements in violation of §1692c and e.

WHEREFORE Plaintiff respectfully requests this Court to:

1. Award Plaintiff statutory damages pursuant to the FDCPA.
2. Award Plaintiff statutory damages pursuant to CUTPA
3. Award Plaintiff costs of suit and a reasonable attorney's fee.
4. Award such other and further relief as this Court may see fit.

THE PLAINTIFF
BY /S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
Kennedy Law Firm
1204 Main Street, #176
Branford, CT 06405
(443) 607- 8901
(443) 440-6372 Fax
Fed. Bar # ct00680
bernardtkennedy@yahoo.com