UNITED STATES DISTRICT COURT
OF CONNECTICUT

Veronica Dowd

        Plaintiff,

V.                                              CIVIL ACTION NO
                                                           3:15-cv-01196-MPS

McCarthy Burgess and Wolf, Inc

        Defendant.                                    NOVEMBER 16, 2015


NOTICE OF DISSMISSAL

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

                                                       THE PLAINTIFF

                                                       BY/S/Bernard T. Kennedy
                                                     Bernard T. Kennedy, Esquire
                                                   Kennedy Law Firm - CT
                                                   1204 Main Street Suite 176
                                                  Branford, CT 06405
                                                  203-481-4040
                                                  Fax: 443-440-6372
                                                  Fed. Bar # ct00680
                                                  bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 11/16/15 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy